**Brian JACOBS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62409.**

Missouri Court of Appeals, Western District.

Nov. 4, 2003.

Vanessa Caleb, Kansas City, MO, for appellant.

Breck K. Burgess, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, HAROLD L. LOWENSTEIN, Judge and PATRICIA BRECKENRIDGE, Judge.

## *ORDER*

PER CURIAM.

Brian M. Jacobs appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).